*JAMES A. SAVILLE, JR. (JS-4835)*
*HILL RIVKINS & HAYDEN LLP*
Attorneys for Plaintiff

45 Broadway
New York, New York  10006
(212) 669-0600



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
BASLER SECURITAS VERSICHERUNGS AG   :

        Plaintiff,                                   :

  - Against -                                                       :

AMERICAN AIRLINES, INC.; EXPEDITORS    :
INTERNATIONAL OF WASHINGTON, INC;    :
TOWNE AIR FREIGHT, INC.; and CENTRAL  :
STATES TRUCKING COMPANY,                    :

        Defendants.                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Index No. 07 cv CIV 7866

JUDGE PRESKA

**_RULE 7.1 STATEMENT_**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (private, non-governmental parties) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

**Please see attached.**

Dated: New York, New York
       September 6, 2007

                              HILL, RIVKINS & HAYDEN LLP
                              Attorneys for Plaintiff

                              _____
                              James A. Saville, Jr. (JS-4835)
                              45 Broadway
                              Suite 1500
                              New York, New York  10006
                              (212) 669-0600

29203\Rule 7.1 Statement

[PRINT]

**To send this page by E-mail: select File -> Send -> Page By E-mail**

Close this window

- **Baloise-Holding** - Basel, Switzerland
  - Basler Versicherungs-Gesellschaft (Subsidiary) - Basel, Switzerland
  - Baloise Assurances Luxembourg S.A. (Subsidiary) - Luxembourg, Luxembourg
  - Baloise Insurance Company (I.O.M.) Ltd. (Subsidiary) - Douglas, Isle Of Man
  - Basler Lebens-Versicherungs Gesellschaft-AG (Subsidiary) - Bad Homburg, Germany
  - Basler Versicherungs-Aktienges (Subsidiary) - Vienna, Austria
  - Basler Versicherungs-Gesellschaft (Subsidiary) - Bad Homburg, Germany
  - Deutscher Ring Lebensversicherungs-AG (Subsidiary) - Hamburg, Germany
    - MoneyMaxx Lebensversicherungs-AG (Subsidiary) - Dusseldorf, Germany
  - Deutscher Ring Sachversicherungs-AG (Subsidiary) - Hamburg, Germany
  - Euromex N.V. (Subsidiary) - Edegem, Belgium
  - Mercator Verzekeringen N.V. (Subsidiary) - Antwerp, Belgium
  - Mercator Verzekeringen N.V. (Subsidiary) - Antwerp, Belgium
    - Mercator Bank (Subsidiary) - Antwerp, Belgium
  - Baloise Europe Vie SA (Subsidiary) - Luxembourg, Luxembourg