Francis A. Montbach (FAM9631)
Mound Cotton Wollan & Greengrass
Attorney for Defendant
American Airlines, Inc.
One Battery Park Plaza
New York, NY  10004
Tel: (212) 804-4200
Fax (212) 344-8066
e-mail: fmontbach@moundcotton.com

-------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| BASLER SECURITAS VERSICHERUNGS AG  : | Index No.: 07 CIV 7866 |
| : | |
| Plaintiff,  | **RULE 7.1(a) STATEMENT** |
| : | |
| - against- | |
| : | |
| AMERICAN AIRLINES, INC.; EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.; TOWNE AIR FREIGHT, INC.; and CENTRAL STATES TRUCKING COMPANY,  : | |
| : | |
| Defendants.  | |

-------------------------------------------------------------X

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for defendant, American Airlines, Inc., certify that the following are corporate parents, subsidiaries or affiliates of that party:

AMR Corporation
AA Credit Corporation
AA Ventures I, Inc.
Admirals Club, Inc. (MA - no stock issued)
Air California, Inc.
Air Cal, Inc.
Air Data Center, Inc.
American Airlines Australian Tours, Inc.

1

206264.1

American Airlines de Italy, Inc.
American Airlines de Mexico, S.A. (Mexico)
American Airlines de Venezuela, S.A. (Venezuela)
American Airlines Fuel Corporation
American Airlines Overseas Corporation, N.V. (Netherlands Antilles)
American Inter-Island, Inc.
AMR Ventures I, Inc.
AMR Ventures II, Inc.
AMR Ventures III, Inc.
AMR Ventures IV , Inc. (Nevada)
AMR Ventures Holding Company, Inc.
Flagship Hotels, Inc.
The Magnis Corporation


Dated: New York, New York
       October 18, 2007

                                      MOUND COTTON WOLLAN & GREENGRASS
                                      Attorneys for Defendant

                              By: _____
                                      Francis A. Montbach (FM 9631)
                                      Mound Cotton Wollan & Greengrass
                                      One Battery Park Plaza
                                      New York, New York 10004
                                      (212) 804- 4200

TO:

James A. Saville, Jr.
Hill Rivkins & Hayden LLP
45 Broadway
New York, New York 10006
Attorneys for Plaintiff

Expeditors International of Washington, Inc.
1015 3rd Avenue, Suite 12
Seattle, WA 98104-1184

Towne Air Freight
24805 US 20 West
South Bend, IN 46628

Central States Trucking Company

206264.1

476 Thomas Drive  
Bensenville, IL 60106

206264.1