Notice of Lawsuit and Request for
Waiver of Service of Summons

TO:   **TOWNE AIR FREIGHT, INC.**
 24805 US 20 West
 South Bend, NJ  46628

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed).  A copy of the complaint is attached to this notice.  It has been filed in the **United States District Court for the Southern District of New York** and has been assigned **docket number 07 CV 7866 (LAP)**.

This is not a formal summons or notification from the court, but rather a request that you sign and return the enclosed waiver of service in order to save the costs of serving you with a judicial summons and an additional copy of the complaint.  The cost of service will be avoided if we received a signed copy of the waiver **within 30 days** after the date designated below as the date on which this Notice and Request is sent.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you.  The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if you address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, appropriate steps will be taken to effect formal service in a manner authorized by the Federal Rules of Civil Procedure.  In that case, as authorized by those Rules, an application will be made to the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service.  In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth on the reverse side (or at the foot) of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this 24th day of September, 2007.

By: _____
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway
New York, New York 10006
(212) 669-0600

*Effective a/o 12/1/93 in compliance with Federal Rules of Civil Procedure 4*

TO:   HILL RIVKINS & HAYDEN LLP
      45 Broadway
      New York, New York 10006
      Attn:   James A. Saville, Jr., Esq.

    I acknowledge receipt of your request that I waive service of a summons in the action of **BASLER SECURITAS VERSICHERUNGS AG, v. AMERICAN AIRLINES, INC., EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., TOWNE AIR FREIGHT, INC., and CENTRAL STATES TRUCKING COMPANY,** which is case number **07 CV 7866 (LAP) in the United States District Court for the Southern District of New York**. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

    will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after **September 24, 2007,** or within 90 days after that date if the request was sent outside the United States.

_October 26, 2007_
Date

Signature _[signature]_
Printed/typed name: _Brian N. Gutierrez_
(as _counsel_ )
(of _Towne Air Freight Int., Inc._ )

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant who, after being notified of an action and asked to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or even its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant, by waiving service, a defendant is allowed more time to answer then if the summons has been actually served when the request for waiver of service was received.