Barry N. Gutterman, Esq. (BG6410)
Robert Briere, Esq. (RB6080)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendant
Towne Air Freight, Inc.
60 East 42nd Street, 46th Floor
New York, New York 10165
(212) 983-1466

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BASLER SECURITIES VERSICHERUNGS AG<br><br>                              Plaintiff,<br><br>          - against –<br><br>AMERICAN AIR LINES, INC.; EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.; TOWNE AIR FREIGHT, INC.; and CENTRAL STATES TRUCKING COMPANY,<br><br>                              Defendants. | **ECF CASE**<br><br><br>**07 CIV 7866**<br>**(Judge Preska)**<br><br><br>**LOCAL RULE**<br>**7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Towne Air Freight, Inc., a non-governmental, corporate party, certifies for purposes of Rule 7.1 only that the following are corporate parents of Towne Air Freight, Inc. or publicly held corporations that own 10% or more of Towne Air Freight's stock:

**SEE ATTACHED CHART.**

Dated:     New York, New York
           November 7, 2007

                                        By: /s/ Barry Gutterman
                                        Barry N. Gutterman, Esq. (BG6410)
                                        Robert Briere, Esq. (RB6080)
                                        Barry N. Gutterman & Associates, P.C.
                                        60 East 42nd Street, 46th Floor
                                        New York, New York 10165
                                        (212) 983-1466

                                        Attorneys for Defendant
                                        Towne Air Freight, Inc. Inc.

To:     James A. Saville, Jr., Esq. (JS-4835)
        Hill Rivkens & Hayden LLP
        45 Broadway
        New York, New York 10006
        (212) 689-0600 (phone)

        Attorneys for Plaintiff

        Frank A. Montbach, Esq. (FM 9361)
        Mound Cotton Wollan & Greengrass
        One Battery Park Plaza
        New York, NY, 10004
        (212) 804-4200

        Attorneys for defendant
        American Airlines, Inc.

        Central States Trucking Company
        476 Thomas Drive
        Bensonville, IL 60106

        Expeditors International of Washington
        1015 Third Avenue, Suite 12
        Seattle, WA 98104

TAF-2804 7.1 Statement