## AFFIDAVIT OF PROCESS SERVER

US EASTERN DISTRICT COURT NEW YORK

CASE NAME: BASLER SECURITIES VERSICHERUNGS AG V. AMERICAN AIRLINES INC ET AL

CASE NUMBER: CIV 7866

I declare that I am a citizen of the United States, over the age of eighteen
And not a party to this action. And that within the boundaries of the state
Where service was effected, I was authorized by law to perform said service.

SERVICE: I Served   CENTRAL STATES TRUCKING COMPANY
                    Name of Person/Entity being served
With the ( document)  SUMMONS,COMPLAINT,JUDGES RULES

By serving : MARK DUFFECT- V.P. W/M 40 6'0" 190 BRN
             Name            Relationship

At ()HOME :
(X)BUSINESS:  476 THOMAS DRIVE BENSENVILL,IL 60106

On   12-17-07        12:37 PM
Manner of Service:(X)Personally delivering copies to the person/
Authorized agent of entity being served.
()By leaving , during office hours, copies of the person/entity being served,
leaving with the person apparently in charge there of .
()Leaving copies at the dwelling house or usual place of abode of
person being served, with a member of the household 16 or older and
explaining the general nature of the papers.

I declare under the penalty of perjury that the information contained herein
Is true and correct and that this affidavit was executed on  12-18-07

VONDAL LAWSON
Signature of Process Server

State of Illinois, WILL  County
Subscribed and sworn before me a notary public
This 18TH DAY OF DECEMBER  2007