**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BASLER SECURITAS VERSICHERUNGS, AG,   Plaintiff, <br><br> -v- <br><br> AMERICAN AIRLINES, INC., EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., TOWNE AIR FREIGHT, INC., and CENTRAL STATES   Defendant. | Case No. 07 Civ. 7866 (LAP) <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.,   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** December 31, 2007

**Signature of Attorney**
JAMES P. KRAUZLIS

**Attorney Bar Code:** 4972-JK

Form Rule7_1.pdf  SDNY Web 10/2007