*Hill Rivkins Hayden LLP*

*File # 29203 - JAS*

# AFFIDAVIT OF PROCESS SERVER

*US District Court Southern District of New York*

CASE NAME: BASLER SECURITIES VERSICHERUNGS AG V. AMERICAN AIRLINES INC ET AL
CASE NUMBER: 07 CIV 7866

I declare that I am a citizen of the United States, over the age of eighteen
And not a party to this action. And that within the boundaries of the state
Where service was effected, I was authorized by law to perform said service.

SERVICE:  I Served    CENTRAL STATES TRUCKING COMPANY
                     Name of Person/Entity being served
With the ( document)  SUMMONS,COMPLAINT,RULE 7.1 STATEMENTJUDGES RULES

By serving : AMY LONGWELL -AUTHORIZED AGENT W/F 40 5' 5" 140 BRN
             Name              Relationship

At ()HOME :
 (X)BUSINESS:  476 THOMAS DRIVE BENSENVILL,IL 60106

On   12-19-07        12:51 PM
  Manner of Service:(X)Personally delivering copies to the person/
Authorized agent of entity being served.
()By leaving , during office hours, copies of the person/entity being served,
leaving with the person apparently in charge there of .
()Leaving copies at the dwelling house or usual place of abode of
person being served, with a member of the household 16 or older and
explaining the general nature of the papers.

I declare under the penalty of perjury that the information contained herein
Is true and correct and that this affidavit was executed on  12-20-07

VONDAL LAWSON
Signature of Process Server

State of Illinois, WILL  County
Subscribed and sworn before me a notary public
This 20TH DAY OF DECEMBER  2007

9HPLOM 97769