9074/PMK
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR
61 BROADWAY, SUITE 3000
NEW YORK, NEW YORK 10006
212-344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BASLER SECURITES VERSICHERUNGS AG<br><br>              Plaintiff,<br><br>       against<br><br>AMERICAN AIRLINES, INC.; EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.; TOWNE AIR FREIGHT, INC.; and CENTRAL STATES TRUCKING COMPNAY<br><br>              Defendants. | 07 CV 7866 (Judge Preska)<br>ECF<br><br>**CENTRAL STATES TRUCKING COMPANY RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned, counsel for Central States Trucking Company certifies that upon information and belief this Defendant has no corporate parents, subsidiaries, or affiliates which are publicly held.

Dated: January 11, 2008
       New York, New York

                                      Respectfully submitted,
                                      CICHANOWICZ, CALLAN, KEANE,
                                      VENGROW & TEXTOR, LLP
                                      *Attorneys for Central States*
                                      *Trucking Company*

                                      By:   S/ Paul M. Keane (PMK-5934)
                                           61 Broadway, Suite 3000
                                           New York, NY 10006
                                           Telephone: (212) 344-7042
                                           Telefax: (212) 344-7285