Preska /s/

JAMES A. SAVILLE, JR. (JS-4835)
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff

45 Broadway
New York, New York 10006
(212) 669-0600

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BASLER SECURITAS VERSICHERUNGS AG    :   Index No.: 07cv7866(LAP)

          Plaintiff,    :

  - Against -    :

AMERICAN AIRLINES, INC.; EXPEDITORS    :   STIPULATION AND ORDER
INTERNATIONAL OF WASHINGTON, INC;    :   OF DISMISSAL
TOWNE AIR FREIGHT, INC.; and CENTRAL    :
STATES TRUCKING COMPANY,    :

          Defendants.    :
------------------------------------X

    PLEASE TAKE NOTICE that the captioned matter having been amicably resolved by and between the undersigned counsel of record for the parties that the foregoing action together with all cross claims be and hereby are dismissed with prejudice with each party to bear its own costs.

Dated: June 17, 2008

                                      HILL RIVKINS & HAYDEN LLP
                                      Attorneys for Plaintiff

                                      /s/ James A. Saville
                                      James A. Saville, Jr. (JS-4835)
                                      45 Broadway – Suite 1500
                                      New York, New York 10006
                                      (212) 669-0600

| | |
|---|---|
| Barry N. Gutterman & Associates, P.C.<br>Attorneys for Defendant<br>Towne Air Freight, Inc. | Cichanowicz Callan Keane Vengrow & Textor LLP<br>Attorneys for Defendant Central States<br>Trucking Co. |
| */s/ Barry N. Gutterman (as per /s/ Mw.K)*<br>Barry N. Gutterman, Esq.  6/17/08<br>60 East 42nd Street, 46th Floor<br>New York, New York 10165 | */s/ Paul Keane (as per /s/ 6/19/08)*<br>Paul M. Keane, Esq.<br>61 Broadway, Suite 3000<br>New York, New York 10006 |
| Mound Cotton Wollan & Greengrass<br>Attorneys for Defendant<br>American Airlines, Inc. | Badiak & Will<br>Attorneys for Defendant<br>Expeditors International of Washington, Inc. |
| */s/ Francis A. Montbach*<br>Francis A. Montbach, Esq. (FM9631)<br>One Battery Park Plaza<br>New York, NY 10004 | */s/ James P. Krauzlis (as per 6/17/08)*<br>James P. Krauzlis, Esq.<br>106 3rd Street<br>Mineola, NY 11501 |

SO ORDERED:

June 21, 2008

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

*/s/ Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

2